George Paul **LAROQUE**,
Plaintiff—Appellant,

v.

Sara A. **CONTI**, Defendant—Appellee,

and

Michael D. West, Bankruptcy Administrator, Party–in–Interest,

John A. Northen, Trustee (Pty), Trustee,

Robin Virginia Heinze, Debtor.

George Paul LaRoque, Plaintiff—Appellant,

v.

Sara A. Conti, Defendant—Appellee,

and

Michael D. West, Bankruptcy Administrator, Party–in–Interest,

John A. Northen, Trustee (Pty), Trustee,

Robin Virginia Heinze, Debtor.

George Paul LaRoque, Plaintiff—
Appellant,

v.

Sara A. Conti, Defendant—Appellee,

and

Michael D. West, Bankruptcy
Administrator, Party–in–
Interest,

John A. Northen, Trustee
(Pty), Trustee,

Robin Virginia Heinze, Debtor.

George Paul LaRoque, Plaintiff—
Appellant,

v.

Sara A. Conti, Defendant—Appellee,

and

Michael D. West, Bankruptcy
Administrator, Party–in–
Interest,

John A. Northen, Trustee
(Pty), Trustee,

Robin Virginia Heinze, Debtor.

Nos. 09–1906 to 09–1910, 09–1914.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2009.

Decided: Dec. 23, 2009.

George Paul LaRoque, Appellant Pro Se. Sara A. Conti, Appellee Pro Se.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, George Paul LaRoque appeals the district court's orders: (1) denying his motions to vacate the bankruptcy court's judgments and (2) granting the Appellee's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we deny LaRoque's motion to proceed in forma pauperis and dismiss the appeals for the reasons stated by the district court. *La-Roque v. Conti*, Nos. 1:08–cv–00564–NCT; 1:08–cv–00568–NCT; 1:08–cv–00595–NCT; 1:08–cv–00663–NCT; 1:09–cv–00078–NCT; 1:09–cv–00082–NCT (M.D.N.C. July 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*